IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

ERNEST S. LOCKEY, JR., Juror,

    Defendant.

CIVIL ACTION NO.: CV508-097

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate currently incarcerated at Men's State Prison in Hardwick, Georgia, filed a complaint in the Ware County Superior Court in which he named as a Defendant Earnest Lockey, Jr., a juror during his state criminal trial. On December 17, 2008, Plaintiff filed yet another Motion of Removal seeking to proceed in this Court.

The federal removal statute, in pertinent part, provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants* to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a) (emphasis added). In accordance with the plain language of this statute, only a defendant may remove an action from state to federal court. Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 104-05 (1941). The purpose of restricting the right of removal to a defendant is to restrict removal to the party who had no choice in

selection of the forum. Plaintiff fails to show any reason why, as a plaintiff, he has any right to remove this action to federal court. Plaintiff's case should be remanded to the Superior Court of Ware County, as Plaintiff lacks standing to remove under 28 U.S.C. §1441(a).

Accordingly, it is my **RECOMMENDATION** that this action be remanded to the Ware County Superior Court.

**SO REPORTED and RECOMMENDED**, this 20th day of January, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE